INTERSTATE BAKERIES CORPORATION et al., Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9763.

Circuit Court of Appeals, Ninth Circuit.

Aug. 4, 1941.

W. Robert Brown, of Chicago, Ill., for petitioner.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., for respondent.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

On motion of petitioners, and stipulation of respondent thereto, and good cause therefor appearing, ordered petition to review herein dismissed, that a judgment be filed and entered accordingly, and mandate of this court issued forthwith.

INTERSTATE BAKERIES CORPORATION et al., Petitioners, v. COMMISSIONER OF INTERNAL REVENUE.

No. 520, Original.

Circuit Court of Appeals, Eighth Circuit.

Aug. 7, 1941.

W. Robert Brown, of Chicago, Ill., for petitioners.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition to review order of United States Processing Tax Board of Review dismissed without taxation of costs in favor of either of the parties in this court, on motion of petitioners and consent of respondent.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. BLACK, SIVALLS & BRYSON, Inc.

No. 12048.

Circuit Court of Appeals, Eighth Circuit.

July 18, 1941.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Laurence A. Knapp, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Mueller & Mueller, of Fort Worth, Tex., and Glenn Skinner, of Oklahoma City, Okl., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and consent of respondent.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. CUDAHY PACKING COMPANY.

No. 12076.

Circuit Court of Appeals, Eighth Circuit.

July 28, 1941.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Laurence A. Knapp, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Thomas Creigh, of Chicago, Ill., and John S. Sears, of Sioux City, Iowa, for respondent.

PER CURIAM.

Respondent ordered to cease and desist from certain practice and to take certain affirmative action, on petition for enforcement and stipulation.